No. D–771. IN RE DISBARMENT OF BIAGGI. It is ordered that Mario Biaggi, of New York, N. Y., be suspended from the prac-

tice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.